__X__ Priority
__X__ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

FILED
CLERK US DISTRICT COURT
JAN - 7 2000
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FRANK EUGENE JONES, aka Perry Tally, <br><br> Petitioner, <br><br> v. <br><br> ERNEST ROE, Warden, et al. <br><br> Respondents. | Civil No. CV 99-10639-CM (Mc) <br><br> ORDER |

ENTERED ON ICMS
JAN 10 2000
CV

The respondent has now filed a motion to dismiss the petition for writ of habeas corpus on the grounds that one claim is procedurally barred and for failure to exhaust state remedies. The petitioner has filed a separate motion to stay proceedings and/or to hold the petition in abeyance pending exhaustion of additional claims in the state court. On the court's own motion, the respondent's motion to dismiss and the petitioner's motion to stay are placed on the court's nonappearance calendar of February 15, 2000. Each party shall have leave to file an opposition to each motion within the time allowed by the Local Rules. The movants shall each have leave to file a response to the opposition within the time allowed by the Local Rules. Thereafter, the court will

take both motions under submission without further oral argument on February 15, 2000.

Dated: January 7, 2000

_____
JAMES W. McMAHON
United States Magistrate Judge

2