

_X_ Priority
_X_ Send
_/_ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK US DISTRICT COURT

MAR 2 2 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED ON ICMS
MAR 2 2 2000
CV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

FRANK EUGENE JONES,                    )
aka Perry Tally,                       )
                                       )   Civil No. CV 99-10639-CM (Mc)
                Petitioner,            )
                                       )
        v.                             )   ORDER DENYING MOTION TO STAY
                                       )   OR HOLD PETITION IN ABEYANCE
                                       )
ERNEST ROE, Warden, et al.             )
                                       )
                Respondents.           )
_____)

        The petitioner's motion to stay proceeding on petition for
writ of habeas corpus and to hold the adjudication of the present
petition in abeyance, pending exhaustion claims, is denied.

        In the circuit, a district court has the discretion to hold
a habeas petition containing exhausted claims in abeyance while the
petitioner attempts to exhaust state remedies as to other unexhausted
claims. Calderon v. United States District (Taylor), 134 F.3d 981,
987-88 (9th Cir. 1998). For the reasons set forth in this court's
Report and Recommendation in this action, filed March 20, 2000, the
petitioner has not exhausted state remedies as to any claim of his
present petition. There are no claims in the present petition which

1  this court may validly consider on the merits.  Therefore, it is

2  inappropriate for this court to stay proceedings or to hold the

3  present petition in abeyance.

4          IT IS SO ORDERED.

5

6  Dated:   March 20, 2000

7

8

9  _____
   JAMES W. McMAHON
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28