LODGED
CLERK, U.S. DISTRICT COURT
MAR 22 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED ON ICMS
MAY 23 2000
CV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

FRANK EUGENE JONES,
aka Perry Tally,

    Petitioner,

v.

MICHAEL K. MADDING, Warden, et al.,

    Respondent(s).

Civil No. CV 99-10639-CM (Mc)

JUDGMENT

Pursuant to the order of the Court adopting the findings, conclusions and recommendations of the United States Magistrate Judge,

The petition for writ of habeas corpus is dismissed without prejudice to the petitioner's right to file a new petition after he has exhausted state remedies with regard to all issues raised therein.

Dated: May 22, 2000

_____
CARLOS R. MORENO
United States District Judge